IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ISAAC BILAL PEARSON, :
    *Plaintiff*, :
: CIVIL ACTION
v. : NO. 16-0066
:
DETECTIVE JASON KRASLEY, :
    *Defendant*. :

## **ORDER**

**AND NOW**, this 11th day of May, 2017, upon consideration of Defendant's motion to dismiss the amended complaint (ECF No. 16) and Plaintiff's response thereto (ECF No. 18), it is hereby **ORDERED** that said Motion is **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(6). The Amended Complaint is **DISMISSED** in accordance with this Court's accompanying Memorandum.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II  J.